# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CIVIL NO. 1:07CV1

| | |
|---|---|
| PAMELA B. GREENE, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>MICHAEL J. ASTRUE, Commissioner )<br>of Social Security Administration, )<br>)<br>Defendant. )<br>) | **J U D G M E N T** |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's motion for summary judgment is **DENIED**; the Defendant's motion for summary judgment is **ALLOWED**; the decision of the Commissioner denying social security benefits to the Plaintiff is **AFFIRMED**; and this matter is hereby **DISMISSED WITH PREJUDICE** in its entirety.

2

Signed: January 30, 2008

*[Signature]*

Lacy H. Thornburg
United States District Judge